**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-7737**

RANDY WARREN JEFFERSON,

            Petitioner - Appellant,

      v.

HAROLD W. CLARKE,

            Respondent - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.   Rebecca Beach Smith, Chief District Judge.   (2:15-cv-00450-RBS-LRL)

Submitted:  February 16, 2017       Decided:  February 22, 2017

Before GREGORY, Chief Judge, DUNCAN, Circuit Judge, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Randy Warren Jefferson, Appellant Pro Se.  Kathleen Beatty Martin, Senior Assistant Attorney General, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Randy Warren Jefferson seeks to appeal the district court's order accepting the recommendation of the magistrate judge and dismissing Jefferson's 28 U.S.C. § 2254 (2012) petition as untimely and without merit. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1)(A) (2012). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2012). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of the constitutional claims is debatable or wrong. Slack v. McDaniel, 529 U.S. 473, 484 (2000); see Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable, and that the petition states a debatable claim of the denial of a constitutional right. Slack, 529 U.S. at 484-85.

We have independently reviewed the record and conclude that Jefferson has not made the requisite showing. Accordingly, we deny a certificate of appealability, deny leave to proceed in forma pauperis, and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented

2

in the materials before this court and argument would not aid the decisional process.

DISMISSED